Hephzibah BATES, Plaintiff–Appellant,

v.

P.A. Lacey NUNLEY, Deputy General Counsel; Sheriff C.T. Woody; Mr. Rueben Daniels, Director; Mr. Cunningham, FBI Richmond Special Agent in Charge (2007); Wachovia Corporation; Management, Long and Foster Real Estate, Inc.; Wachovia Bank/Wells Fargo; Richmond Times Dispatch; Jennifer Elflein, Commander; Dr. Keith T. Miller, President; NASA, Legal Department; Nato Headquarters; Altria Group/Pmusa; The Honorable William Howell, Speaker of the House; Mr. Ken Cuccinelli, II, Attorney General of Virginia; Steven Flaherty; Sean Bates; Ian Blair; U.S. Department Of Justice; Chief Cathy L. Lanier; Thomas J. Tauke, Executive Vice President; Henrico Commonwealth Attorney; Bryant Gumbel; David B. Albo, Delegate of Virginia General Assembly; Marla Graff Decker, Secretary of Public Safety; John Bernier; Sun Trust Bank; TV6 WTVR; WWBT TV12; Pastor Well-ington Boone, The Father's House Church; Federal Reserve Bank Of Philadelphia; Zwerdling, Oppleman & Adams; Mayor Michael Nutter; Grtc; Mayor Dwight Jones; Mayor Michael R. Bloomberg; Va Dominion Power; Martin Food Store, Ukrops; Cleveland Police Department; Paul Conn, President Lee College/University; BB & T; President Charles Evans; Federal Bureau Of Investigation; Vcu Police Department; Chief Of Police, Richmond Police Department; Carolyn Creighton; Holy Rosary Catholic Church; Richmond Behavior Health Authority; Her Majesty The Queen; Oral Roberts University; Bank Of America; Virginia Employment Commission; Judge Melvin Hughes, Jr.; Alvin Andrew Bates, Jr.; Bernadette Bates Thompson; Joey Jenkins, III; Pastor Randy Gilbert; Pastor Cherie Gilbert; Brian Williams, NBC Evening News Anchor, Defendants–Appellees.

No. 12–1920.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 19, 2012.

Decided: Nov. 6, 2012.

Hephzibah Bates, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hephzibah Bates appeals the district court's order dismissing her civil complaint as frivolous and delusional under 28 U.S.C. § 1915 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bates v. Nunley*, No. 3:12–cv–00269–REP (E.D.Va. July 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*